■ Bertram Payne, Appellant, v State of New York, Respondent. (Claim No. 115204.) [988 NYS2d 513]—Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered April 2, 2013. The order denied the motion of claimant for a default judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Centra, Carni, Valentino and Whalen, JJ.